UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Kelly A. Ayotte, Attorney
General for the State of New Hampshire,
      Plaintiff

                                      Case No. 07-cv-415-SM

      v.

Customized Structures, Inc.,
      Defendant


O R D E R

The court has been advised that Customized Structures, Inc. has filed for relief under the

Bankruptcy Code.

There appears to be no further reason to maintain the file as an open one for statistical

purposes.  The Clerk is instructed to statistically close the case.

Nothing contained in this Order shall be considered a dismissal or disposition of this

matter, and should further proceedings become necessary, any party may move to reopen.

SO ORDERED.


January  9,   2008

                                    _____
                                    Steven J. McAuliffe
                                    Chief District Judge


cc:    Steven M. Notinger, Esq.
       Peter C.L. Roth, Esq.
       Michael S. Askenaizer, Esq., Chapter 7 Trustee